1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Timothy J. Ohms
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 19 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>TANNER ANDREW SMITH and<br>CHELSEY ANN MURPHY,<br><br>                Defendants. | 2:22-CR-45-TOR<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 2115<br>Post Office Burglary<br>(Count 1)<br><br>18 U.S.C. § 1708<br>Theft of Mail<br>(Count 2)<br><br>18 U.S.C. § 1707<br>Theft of Property Used by the<br>Postal Service<br>(Count 3)<br><br>18 U.S.C. § 1704<br>Theft of Keys Adopted by the<br>Postal Service<br>(Count 4)<br><br>18 U.S.C. § 513(a)<br>Forged Security of a Private<br>Entity (Counts 5-7)<br><br>18 U.S.C. § 1708<br>Possession of Stolen Mail<br>(Count 8) |

INDICTMENT - 1

|   |   |
|---|---|
|   | 21 U.S.C. § 844(a)<br>Possession of<br>Methamphetamine<br>(Count 9) |
|   | 18 U.S.C. §§ 922(g)(1), (3)<br>and 924(a)(2)<br>Felon and Unlawful User of a<br>Controlled Substance in<br>possession of a Firearm<br>(Count 10) |
|   | 18 U.S.C. § 981(a)(1)(C), 21<br>U.S.C. § 853, 18 U.S.C.<br>§ 924(d), 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury Charges:

## COUNT 1

On or about between December 24, 2021, and December 27, 2021, in the Eastern District of Washington, the Defendant, TANNER ANDREW SMITH, did forcibly break into the Orondo Post Office, located at 14003 U.S.-2, Orondo, Washington, with intent to commit a larceny in such post office, in violation of 18 U.S.C. § 2115.

## COUNT 2

On or about between December 24, 2021, and December 27, 2021, in the Eastern District of Washington, the Defendant, TANNER ANDREW SMITH, did knowingly and unlawfully steal and take over 48 mails pieces from the United States mail, in violation of 18 U.S.C. § 1708.

INDICTMENT - 2

## COUNT 3

On or about between December 24, 2021, and December 27, 2021, in the Eastern District of Washington, the Defendant, TANNER ANDREW SMITH, did knowingly and unlawfully steal and convey away property used by the Postal Service, to wit: a Sony Passport Photo Camera, a Sony Passport Photo Printer, and Daily Financial Reports, in violation of 18 U.S.C. § 1707.

## COUNT 4

On or about between December 24, 2021, and December 27, 2021, in the Eastern District of Washington, the Defendant, TANNER ANDREW SMITH, did knowingly and unlawfully steal a key adopted by the Postal Service and in use on an authorized receptacle for the deposit and delivery of mail matter, in violation of 18 U.S.C. § 1704.

## COUNT 5

On or about the January 12, 2022, in the Eastern District of Washington, the Defendant, CHELSEY ANN MURPHY, did knowingly make, utter, and possess a forged security, to-wit: a check, of an organization which operates in and the activities of which affect interstate commerce, to-wit: Wells Fargo Bank, which check is more particularly described as follows:

| Check Number | Dated | Account Holder | Account Number | Payee | Amount |
|---|---|---|---|---|---|
| 1051 | 1-12-22 | F.G.V. | XXXX 5719 | Chelsey Murphy | $550.00 |

INDICTMENT - 3

all in violation of 18 U.S.C. § 513(a).

## COUNT 6

On or about the January 14, 2022, in the Eastern District of Washington, the Defendant, CHELSEY ANN MURPHY, did knowingly make, utter, and possess a forged security, to-wit: a check, of an organization which operates in and the activities of which affect interstate commerce, to-wit: Wells Fargo Bank, which check is more particularly described as follows:

| Check Number | Dated | Account Holder | Account Number | Payee | Amount |
|---|---|---|---|---|---|
| 1057 | 1-14-22 | F.G.V. | XXXX 5719 | Chelsey Murphy | $675.00 |

all in violation of 18 U.S.C. § 513(a).

## COUNT 7

On or about the January 21, 2022, in the Eastern District of Washington, the Defendant, CHELSEY ANN MURPHY, did knowingly make, utter, and possess a forged security, to-wit: a check, of an organization which operates in and the activities of which affect interstate commerce, to-wit: Wells Fargo Bank, which check is more particularly described as follows:

| Check Number | Dated | Account Holder | Account Number | Payee | Amount |
|---|---|---|---|---|---|
| 1060 | 1-21-22 | F.G.V. | XXXX 5719 | Chelsey Murphy | $865.00 |

all in violation of 18 U.S.C. § 513(a).

INDICTMENT - 4

## COUNT 8

On or about February 24, 2022, in the Eastern District of Washington, the Defendants, TANNER ANDREW SMITH and CHELSEY ANN MURPHY, did knowingly and unlawfully conceal and have in their possession approximately 48 mail pieces, which had been stolen and taken from the United States mail, knowing the said mail pieces to have been stolen and taken from the United States mail, in violation of 18 U.S.C. § 1708.

## COUNT 9

On or about February 24, 2022, in the Eastern District of Washington, the Defendants, TANNER ANDREW SMITH and CHELSEY ANN MURPHY, did knowingly possess methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 844(a).

## COUNT 10

On or about February 24, 2022, in the Eastern District of Washington, the Defendant, TANNER ANDREW SMITH, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he was an unlawful user of a controlled substance, to-wit: heroin and methamphetamine, did knowingly possess in and affecting commerce, firearms, to wit: a Tanfoglio, model EASA, .22LR caliber revolver (marked "MOD.EASA-F.T.), bearing Serial Number E14363; a Canik, model TP9SF, 9mm caliber pistol, bearing Serial Number T6472-17 AT 03594; and a Ruger, model LC9s, 9mm caliber pistol, bearing Serial

INDICTMENT - 5

number 453-69109, which firearms had theretofore been transport in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), (3) and 924(a)(2).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated herein by this reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. § 1708, as set forth in Counts 2 and 8 of this Indictment, the Defendants, TANNER ANDREW SMITH (Counts 2 and 8) and CHELSEY ANN MURPHY (Count 8), shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s), all pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

If any of the property described above, as the result of any act or omission of the Defendants:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of

INDICTMENT - 6

21 U.S.C. § 844, as set forth in Count 9 of this Indictment, the Defendants, TANNER ANDREW SMITH and CHELSEY ANN MURPHY shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in Count 7 of this Indictment, the Defendant, TANNER ANDREW SMITH, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

    a Tanfoglio, model EASA, .22LR caliber revolver (marked "MOD.EASA-F.T.), bearing Serial Number E14363;

    a Canik, model TP9SF, 9mm caliber pistol, bearing Serial Number T6472-17 AT 03594; and

INDICTMENT - 7

a Ruger, model LC9s, 9mm caliber pistol, bearing Serial number 453-69109

DATED this 19th day of April 2022.

_____
Vanessa R. Waldref
United States Attorney

_____
Timothy J. Ohms
Assistant United States Attorney

INDICTMENT - 8